No. 159 February 25, 2026 499

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of M. W.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

M. W.,
*Appellant.*

Clackamas County Circuit Court
25CC04870; A188524

Michael C. Wetzel, Judge.

Submitted January 9, 2026.

Liza Langford filed the brief for appellant.

Jona J. Maukonen, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

Appellant seeks reversal of a judgment committing her to the custody of the Oregon Health Authority for a period of 180 days and prohibiting the purchase or possession of firearms. Appointed counsel filed a brief pursuant to ORAP 5.90(4) and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

The trial court entered the judgment after finding that appellant had a mental disorder and posed a danger to herself. ORS 426.005(1)(f)(A) (2019), *amended by* Or Laws 2025, ch 559, § 4. Appellant had a history of, among other things, bipolar disorder and three prior suicide attempts. She had expressed a desire to kill herself and expressed how she would do it. She also acknowledged at the hearing that she had blacked out in connection with driving a vehicle, and she acknowledged that that was dangerous.

Having reviewed the record, including the trial court file, the transcript of the civil commitment hearing, and the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.